**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Sheet Metal Workers' International Assocation,
Local No. 73, et al.

                                            Plaintiff,

v.
                                                       Case No.:
                                                       1:21−cv−04071

                                                       Honorable Mary M.
                                                       Rowland

ENGINEERED WALL SYSTEMS MIDWEST,
INC

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 16, 2021:

       MINUTE entry before the Honorable Mary M. Rowland: A notice of dismissal (Dkt. 22) has been filed. This case is dismissed with prejudice, with each party to bear its own costs. Any pending schedules in this case are stricken as moot. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.